OPINION — AG — **** PROPERTY TAXES — OVERPAYMENT — REFUND **** (1) ATTORNEY GENERAL OPINION NO. 66-123, WHICH HELD THAT 68 O.S. 1968 Supp., 24341 [68-24341] SUPERSEDED OR REPEALED BY IMPLICATION 62 O.S. 1961 436 [62-436](A), 62 O.S. 1961 436 [62-436](B), 62 O.S. 1961 436 [62-436](C) IS REAFFIRMED. (2) AN ATTORNEY GENERAL OPINION ADDRESSED TO THE STATE EXAMINER AND INSPECTOR, DATED JULY 1, 1954, WHICH HELD THAT THE COUNTY PENALTY RESERVE FUND WAS ABOLISHED, IS REAFFIRMED. (3) ALL REAL PROPERTY TAX REFUNDS OR REBATES SHALL BE PAID FROM THE RESALE PROPERTY FUND, AND THE ONLY LIMITATION THEREON IS THE NONPAYMENT OF A CLAIM FOR SUCH REFUND OR REBATE WITHIN THREE (3) YEARS, AS PROVIDED IN 68 O.S. 1968 Supp., 24341 [68-24341](C), (4) ATTORNEY GENERAL OPINION NO. 69-125 IS SUPERSEDED BY THIS OPINION. CITE: 68 O.S. 1968 Supp., 2479 [68-2479] (ROBERT MCDONALD) ** SEE: OPINION NO. 72-119 (1972) ** ** SEE: OPINION NO. 73-142 (1973) **